**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 12-2414

DAVID R. CORBIN,

                    Plaintiff - Appellant,

          v.

CHIEF JUSTICE LYNN JOHNSON; CHIEF JUSTICE ELIZABETH KEEVER;
JUDGE KIMBERLY TUCKER; JUDGE ABRAHAM JONES; DAWN DRIGGERS;
ELLEN HANCOCK,

                    Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   Louise W. Flanagan,
District Judge. (5:11-cv-00456-FL)

Submitted: April 25, 2013            Decided: April 29, 2013

Before AGEE and WYNN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

David R. Corbin, Appellant Pro Se.  Grady L. Balentine, Jr.,
Special Deputy Attorney General, Raleigh, North Carolina; Jose
A. Coker, THE CHARLESTON GROUP, Fayetteville, North Carolina,
for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David R. Corbin appeals the district court's order adopting the magistrate judge's recommendation and dismissing his civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Corbin v. Johnson, No. 5:11-cv-00456-FL (E.D.N.C. Aug. 10, 2012). We deny Corbin's motions to show cause and to mediate, and we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED